**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kevin H.Q.,

Petitioner,

v.

Todd Blanche, et al.,

Respondents.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

**Civil File No. 26-3975 (MJD/SGE)**

Benjamin Gleekel, Immigration Law Center of Minnesota, Counsel for Petitioner.

David W. Fuller, David R. Hackworthy, Derek Ganzhorn, Assistant United States Attorneys, Counsel for Respondents.

On October 2, 2026, Respondents filed notice that Petitioner was scheduled for a bond hearing on October 5. On October 5, 2026, Respondents informed the Court that Petitioner was denied bond because the immigration judge found Petitioner a danger to persons or property and a flight risk. [Doc. 14-1.]

Therefore, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Kevin H.Q.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 10/6/26

s/Michael J. Davis
Michael J. Davis
United States District Court